GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

FILED

2023 FEB -8  PM 1: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Jorge Camacho-Figueroa, <br> aka Jorge Alfonso Camacho-Figueroa, <br><br> Defendant. | **CR23-00140 TUC-JAS(JR)** <br><br> **I N D I C T M E N T** <br><br> Violation: <br> 8 U.S.C. § 1326(a)(enhanced by <br> 8 U.S.C. § 1326(b)(2)) <br><br> (Reentry of Removed Alien) |

**THE GRAND JURY CHARGES:**

On or about January 13, 2023, in the District of Arizona, to wit: at or near Lukeville, Jorge Camacho-Figueroa, aka Jorge Alfonso Camacho-Figueroa, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near San Ysidro, California, on or about October 3, 2022, and not having obtained the express consent of the Attorney General or the Secretary

/ / /

1  of the Department of Homeland Security to reapply for admission thereto; in violation of

2  Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code,

3  Section 1326(b)(2).

4                                          A TRUE BILL

5                                              / S /

6                                          FOREPERSON OF THE GRAND JURY
                                           Dated:     February 8, 2023
7

8  GARY M. RESTAINO
   United States Attorney
   District of Arizona
9

       / S /
10

11 SERRA M. TSETHLIKAI
   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Jorge Camacho-Figueroa*
*Indictment Page 2 of 2*